**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-7799**

---

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

COREY RASHAAD NEAL, a/k/a Neck Bone,

        Defendant - Appellant.

---

**No. 15-6201**

---

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

COREY RASHAAD NEAL, a/k/a "Neck Bone,"

        Defendant - Appellant.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Newport News. Rebecca Beach Smith, Chief District Judge. (4:06-cr-00042-RBS-JEB-5)

---

Submitted: July 28, 2015      Decided: August 11, 2015

---

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

––––––––––––––

Corey Rashaad Neal, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia, for Appellee.

––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 14-7799, federal inmate Corey Neal appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence, in which Neal sought the benefit of Amendment 782 of the U.S. Sentencing Guidelines. The record discloses that Neal was held accountable for a marijuana equivalency of 274,520.9065 kg.,[*] for a base offense level of 38. See U.S. Sentencing Guidelines Manual § 2D1.1(c)(1) (2005). Two levels were added for possession of a dangerous weapon, and three levels were subtracted for acceptance of responsibility. Neal's resulting total offense level was 37, his criminal history category was III, and his Guidelines range was 262-327 months. Under Amendment 782, a defendant who is responsible for a marijuana equivalency of 90,000 kg. or more is assigned base offense level 38. Therefore, because Neal's Guidelines range remains unchanged after Amendment 782, we affirm the district court's denial of the motion. See 18 U.S.C. § 3582(c)(2); USSG § 1B1.10 cmt. n.1 (2014).

In No. 15-6201, Neal appeals the district court's order denying his motion for preparation of unspecified transcripts at government expense. Our review of the record discloses that

---

[*] Neal was responsible for 4,863.9625 g. of cocaine, 13,677.405 g. of crack cocaine, and 14 g. of marijuana, for a marijuana equivalency of 274,520.9065 kg.

Neal failed to demonstrate a particularized need for transcripts. We accordingly affirm the district court's order.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. Neal's motion for leave to proceed in forma pauperis is denied as moot. We deny his motion for authorization to file brief and documents in sealed case.

AFFIRMED